IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00618-RJC-DSC

| | |
|---|---|
| NANCY GEORGION, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Matthew D. Benedetto and Noah Levine]" (documents ##14 and 15) filed January 10, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 11, 2023

David S. Cayer
United States Magistrate Judge