IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-CV-00618-RJC-DSC

| | |
|---|---|
| NANCY GEORGION, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| BANK OF AMERICA CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Edwin E. Elliott, Jason A. Ibey and Nathan L. Nanfelt]" (documents ##21-23) filed January 24, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: January 24, 2023

David S. Cayer
United States Magistrate Judge