IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cv-00618-RJC-WCM

| | |
|---|---|
| NANCY GEORGION; SUSAN PURDY; THAN SILVERLIGHT; CHRISTINA SMITH; and DONNA WILLIAMS *on behalf of themselves and all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 39) filed by Kobi Kennedy Brinson. The Motion indicates that Ms. Brinson, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of Benjamin Chapin, who the Motion represents as being a member in good standing of the Bar of the District of Columbia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

1

Accordingly, the Court **GRANTS** the Motion (Doc. 39) and **ADMITS** Benjamin Chapin to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 22, 2024

W. Carleton Metcalf
United States Magistrate Judge